**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE HANOVER INSURANCE GROUP ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>INTELLECTUAL VENTURES MANAGEMENT, LLC ET AL.,<br><br>Defendants. | Civil Action No. 1:26-CV-11633-WGY |

**~~[PROPOSED]~~ SCHEDULING ORDER**

Before the Court is Plaintiffs The Hanover Insurance Group, Inc. et al. (collectively "Hanover") and Defendants Intellectual Ventures Management, LLC et al. (collectively, "Intellectual Ventures") Joint Motion for Entry of Scheduling Order.

It is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rules 16.1(f) and 16.6, that the following scheduling order applies in this action:

**I. Preliminary Disclosures**

**a. Intellectual Ventures' Preliminary Patent-Related Disclosures**

No later than October 29, 2026, Intellectual Ventures shall serve Patentee's Preliminary Patent-Related Disclosures. *See* Local Rule 16.6(d)(1)(A)-(D). Such disclosures may be amended or supplemented only pursuant to Local Rule 16.6(d)(5) or by leave of court, for good cause shown.

**b. Hanover's Preliminary Patent-Related Disclosures**

No later than December 10, 2026, Hanover shall serve Accused Infringer's Preliminary Production of Technical Documents, Source Code, and Samples of Accused Products. *See* Local

Rule 16.6(d)(4)(A)-(H). Such disclosures may be amended or supplemented only pursuant to Local Rule 16.6(d)(5) or by leave of court, for good cause shown.

## II. Claim Construction Briefing

1) No later than December 16, 2026, the parties shall simultaneously exchange a list of claim terms to be construed and their proposed constructions. *See* Local Rule 16.6(e)(1)(A).

2) No later than December 23, 2026, the parties shall confer to see if agreement can be reached on the construction of claim terms and the number of claims to be considered. *See* Local Rule 16.6(e)(1)(B).

3) No later than January 6, 2027, the parties shall prepare and file a joint statement of the number of claims and terms to be construed (no more than 8) 9/24. The joint statement shall include a joint claim-construction chart listing the claim terms in the order in which the parties would like the court to construe them and noting each party's proposed construction of each term. The parties may use the form shown below. *See* Local Rule 16.6(e)(1)(D).

| TERM | PATENT OWNER'S CONSTRUCTION | ACCUSED INFRINGER'S CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|
| | | | |
| | | | |

a) The joint statement shall note the anticipated length of time necessary for the claim construction hearing and whether any party proposes to call witnesses, including a statement that such extrinsic evidence does not conflict with intrinsic evidence.

b) The joint statement shall also indicate whether the parties will present tutorials on the relevant technology at the claim construction hearing. If the parties plan to

provide tutorials, the parties shall exchange and file tutorials, preferably in the form of a short video or slide presentation, at least 14 days before the claim construction hearing. The court may also, at its own election, seek an independent third party to educate the court on the disputed technology. *See* Local Rule 16.6(e)(6).

c) The joint statement shall limit the number of claim terms to be construed and shall prioritize the disputed terms in order of importance. The Court suggests that, ordinarily, no more than eight terms be identified as requiring construction.

4) No later than January 20, 2027, the parties shall simultaneously exchange and file opening claim construction briefs. *See* Local Rule 16.6(e)(2).

5) No later than February 17, 2027, the parties shall simultaneously exchange and file responsive claim construction briefs. *See* Local Rule 16.6(e)(4).

**III. The Claim Construction Hearing**

The Court shall schedule a hearing date at its convenience.

**IV. After the Claim Construction Hearing**

1) If necessary, Intellectual Ventures may amend its preliminary infringement disclosures, noting whether any infringement contentions are withdrawn, within 28 days after the Court's ruling on the claim construction.

2) If necessary, Hanover may amend its preliminary non-infringement and invalidity disclosures, noting whether any invalidity contentions are withdrawn, within 56 days after the Court's ruling on the claim construction.

3) The fact discovery period shall close on March 12, 2027 or 14 days after entry of the Court's ruling on claim construction, whichever is later.

## V. Expert Discovery

The parties shall complete expert discovery no later than May 21, 2027.

## VI. Dispositive/*Daubert* Motions

The parties shall file *Daubert* and dispositive motions, such as motions for summary judgment or partial summary judgment, no later than June 2, 2027.

## VII. Status Conference

The parties will meet and confer and submit a request to the court if a status conference is deemed necessary.

## VIII. Schedule and Deadlines

| Event | The Parties' Proposed Deadlines |
|---|---|
| Automatic Required Disclosure under Local Rule 26.2 | September 22, 2026 |
| Deadline to serve Intellectual Ventures' Preliminary Patent-Related Disclosures (Local Rule 16.6(d)(1)) | October 29, 2026 |
| Meet and confer regarding Intellectual Ventures' Preliminary Patent-Related Disclosures (Local Rule 16.6(d)(2)) | November 19, 2026 |
| Deadline to serve Hanover's Preliminary Disclosures (Local Rule 16.6(d)(4)) | December 10, 2026 |
| Exchange Claim Terms and Proposed Claim Constructions (Local Rule 16.6(e)(1)(A)) | December 16, 2026 |
| Meet and confer regarding Claim Construction (Local Rule 16.6(e)(1)(B)) | December 23, 2026 |
| Mediation | January 2027 |
| Deadline to file Joint Statement regarding Terms To Be Construed (Local Rule 16.6(e)(1)(D)) | January 6, 2027 |
| Simultaneously file and serve Opening Claim Construction Briefs (Local Rule 16.6(e)(2)) | January 20, 2027 |
| Deadline for depositions of Claim Construction Experts (Local Rule 16.6(e)(3)) | February 3, 2027 |
| Simultaneously file and serve Responsive Claim Construction Briefs (Local Rule 16.6(e)(4)) | February 17, 2027 |
| Claim Construction Tutorial (Local Rule 16.6(e)(6)) | 14 days before Claim Construction Hearing |
| Claim Construction Hearing (Local Rule 16.6(e)(7)) | At the Court's convenience following filing of the Joint Claim Construction Statement |

| | |
|---|---|
| Close of Fact Discovery | March 12, 2027 or 14 days after entry of the Court's ruling on claim construction, whichever is later |
| Deadline to serve Expert Reports pursuant to Rule 26(a)(2) by the party with the burden of proof | April 7, 2027 |
| Deadline to serve Responsive Expert Reports pursuant to Rule 26(a)(2) by the party without the burden of proof | May 5, 2027 |
| Close of Expert Discovery | May 21, 2027 |
| Deadline to file dispositive/*Daubert* motions | June 2, 2027 |
| Deadline to file oppositions to dispositive/*Daubert* motions | June 23, 2027 |
| Deadline to file reply to dispositive/*Daubert* motion oppositions | July 7, 2027 |
| Hearing on dispositive/*Daubert* motions | At the Court's Convenience |
| Deadline to file Pretrial Disclosures (Local Rule 16.5(c)) | July 21, 2027 |
| Deadline to file Motions in Limine | July 28, 2027 |
| Deadline to file Oppositions to Motions in Limine | August 11, 2027 |
| Deadline to file replies to Motions in Limine | August 18, 2027 |
| ~~Conference Concerning Joint Pretrial Memorandum~~ | ~~August 25, 2027~~ WGY |
| Deadline to file Joint Pretrial Memorandum (Local Rule 16.5(d)) | September 1, 2027 |
| Final Pretrial Conference | September 2027 |
| Deadline to file Trial Briefs (Local Rule 16.5(f)) | 7 days prior to Trial |
| Trial | October 2027 |

Dated: September 24, 2026

IT IS SO ORDERED

William G. Young
Hon. William G. Young